**UNITED STATES of America, Plaintiff–Appellee**

v.

**Edward Paul VERDIN, Defendant–Appellant.**

No. 10–30562
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 29, 2011.

Camille Ann Domingue, Assistant U.S. Attorney, J. Collin Sims, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Angela Barbera Odinet, Lafayette, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

Edward Paul Verdin appeals the sentence imposed following his guilty plea to mail fraud and money laundering. He argues that the district court clearly erred in applying a four-level enhancement pursuant to U.S.S.G. § 2B1.1(b)(14)(B)(i) based on a finding that he substantially jeopardized the safety and soundness of a financial institution.

We review the district court's application of the enhancement for clear error. *United States v. Juarez,* 626 F.3d 246, 251 (5th Cir.2010). The Government presented unrebutted evidence that Verdin misrepresented the amount of the institution's reserves, leading to the payment of a dividend that placed the institution in a dire financial position from which it could not recover. This testimony, among other testimony from the witness called by the Government, thus supported a finding that the financial institution was rendered insolvent substantially on account of Verdin's actions, warranting the enhancement. *See* U.S.S.G. § 2B1.1, comment (n.12(A)); *cf. United States v. Blocker,* 104 F.3d 720, 736–37 (5th Cir.1997).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.